# UNITED STATES DISTRICT COURT
for the
District of Arizona

Tucson Division

| | |
|---|---|
| JOHN N MAINA | Case No. CV-24-00552-TUC-MAA |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| UNITED STATES | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | John |
   | Street Address | 1416 silverado dr |
   | City and County | sierra vista , cochise |
   | State and Zip Code | Az 85635 |
   | Telephone Number | 8653581436 |
   | E-mail Address | mrfarmer29@outlook.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: UNITIED STATES
- Job or Title (if known): CORPORATION
- Street Address: 950 PENNSYLVANIA AVE NW
- City and County: WASHINGTON DC DISTRICT OF COLOMBIA
- State and Zip Code: DISTRICT OF COLOMBIA  20530
- Telephone Number: 205-514-2000
- E-mail Address (if known):

Defendant No. 2
- Name: ARIZONA ATTORNEY GENERAL OFFICE
- Job or Title (if known): ATTORNEY GENERAL OF THE STATE OF ARIZONA
- Street Address: 400 WEST CONGRESS SOUTH BUILDING SUITE 315
- City and County: TUCSON, PIMA
- State and Zip Code: AZ 85701 -1367
- Telephone Number: 520628-6504
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
4TH AMENDMENT OF THE UNITED STATES CONSTITUTION
13TH AMENDMENT OF THE UNITED STATES CONSTITUTION
FOREIGN INTELLIGENCE SURVEILLIANCE ACT OF 1978
18 U.S.C. § 242

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

8,800,000 50 U.S. Code § 1810 - Civil liability An aggrieved person, other than a foreign power or an agent of a foreign power, as defined in section 1801(a) or (b)(1)(A) of this title, respectively, who has been subjected to an electronic surveillance or about whom information obtained by electronic surveillance of such person has been disclosed or used in violation of section 1809 of this title shall have a cause of action against any person who committed such

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON JUNE 10TH THE PLANTIFF WAS RELEASED FROM FEDERAL PROBATION AND WAS SUBJECTED TO ELECTRONIC MONITORING AND HARRASSMENT .WHEN TRAVELING ABROAD THE PLANTIFFS RIGHTS WERE VIOLATED BY EMPLOYEES OF THE FEDERAL PROBATION AND TUCSON DISTRICT COURT THROUGH FISA COURT RACIALLY HARRASSING HIM AND TARGETING HIS LOCATION AND INFORMATION WITH NOISE AND BOMBARDMENT .RE TURNING TO THE STATES THE PLANTIFF CONTUNIED TO BE ELECTRONICALLY HARRASSED BY GOVERMENT EMPLOYEES AND LOCAL POLICE DEPARTMENTS ON AUGUST 24, 2023 THE PLANTIFF WAS FIRED FROM HIS JOB  DUE TO HARRASMENT

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLANTIFF IS ASKING FOR COMPENSATORY DAMAGES IN THE AMOUNT OF 8,779,133
FOR LOST WAGES 219,133
8,560,000 FOR ILLEGAL MONIORING AND HARRASSMENT
50 U.S. Code § 1810 - Civil liability
An aggrieved person, other than a foreign power or an agent of a foreign power, as defined in section 1801(a) or (b)(1)(A) of this title, respectively, who has been subjected to an electronic surveillance or about whom information obtained by electronic surveillance of such person has been disclosed or used in violation of section