IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N Maina,<br><br>               Plaintiff,<br><br>v.<br><br>United States of America; et al.,<br><br>               Defendants. | No. CV-24-00552-TUC-MAA<br><br>**REPORT AND RECOMMENDATION**[1] |

The Complaint was filed in this action on November 12, 2024. Doc. 1. On April 9, 2025, this court issued to the plaintiff an order to show cause why this case should not be dismissed for failure to timely serve the defendants pursuant to Fed.R.Civ.P. 4(m). Doc. 8. The plaintiff was warned that if he failed to file a response by April 30, 2025, the action could be dismissed without further notice. *Id*. The deadline has passed, and the plaintiff has not filed a response.

<u>Report and Recommendation</u>

For the reasons delineated above, the Magistrate Judge recommends that the District Judge enter an order:

(1) DISMISSING Plaintiff's Complaint (Doc. 1) for failure to comply with

---

[1] A Magistrate Judge shall prepare a Report and Recommendation to the appropriate designee in either Tucson or Phoenix/Prescott for cases where the status of election by parties is incomplete. General Order No. 21-25. Accordingly, this Report and Recommendation is directed to the Honorable Raner C. Collins.

1 | Fed.R.Civ.P.4(m) and instructing the Clerk of Court to close the case.

Pursuant to 28 U.S.C. § 636(b) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, any party may serve and file written objections within fourteen (14) days after being served with a copy of this Report and Recommendation. A party may respond to another party's objections within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(b)(2). No replies shall be filed unless leave is granted from Judge Collins.

Failure to file timely objections to any factual or legal determination of the Magistrate Judge may result in waiver of the right of review.

IT IS FURTHER ORDERED that the Clerk of Court shall refer this matter to the Honorable Raner C. Collins. *See* General Order No. 21-25.

Dated this 8th day of May, 2025.



Honorable Michael A. Ambri
United States Magistrate Judge