# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John N. Maina,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>    Defendants. | No. CV-24-00552-TUC-MAA<br><br>**ORDER** |

On May 9, 2025, Magistrate Judge Michael A. Ambri issued a Report and Recommendation ("R&R") in which he recommended the Court dismiss Petitioner Plaintiff's complaint for failure to timely serve Defendants. (Doc. 9.) The Magistrate Judge informed Plaintiff he had fourteen days to respond. (*Id.* at 2.) Plaintiff has not responded.

Upon review, the Court will adopt the R&R and dismiss this matter.

IT IS ORDERED Magistrate Judge Ambri's R&R is ADOPTED. (Doc. 9.)

This matter is DISMISSED. The Clerk of Court shall docket accordingly and close the case file.

Dated this 5th day of June, 2025.

Honorable Raner C. Collins
Senior United States District Judge